IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDRE WALTERS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-CV-2194-B-BW |
| | § | |
| PAMELA BONDI, | § | |
| U.S. Attorney General, | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(b)(1), the magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("FCR") recommending that Plaintiff's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. Objections have been filed. (Dkt. No. 92.) After reviewing *de novo* those portions of the FCR to which objections have been made, the District Judge concludes that the objections should be **OVERRULED**. The District Judge has reviewed the remainder of the FCR for plain error and has identified none. The FCR therefore is accepted as the Findings and Conclusions of the Court. For the reasons stated in the FCR, Plaintiff's Motion for Summary Judgment (Dkt. No. 62) is **DENIED**, and Defendant's Motion for Summary Judgment (Dkt. No. 59) is **GRANTED**. The Court will enter separate judgment denying Plaintiff's claim of citizenship.

**SIGNED** this 21st day of November, 2025.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE